# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joann Mastronardi<br>Paul Douglas Mastronardi<br>aka Paul D. Mastronardi<br>aka Paul Mastronardi<br>dba P&J Coin & Gold Exchange<br><br>Debtors | BK NO. 18-04380 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Selene as servicer for MTGLQ Investors, L.P. and index same on the master mailing list.

                                              Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322