```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                Case No. 18-04380-RNO
Paul Douglas Mastronardi                                              Chapter 13
Joann Mastronardi
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: Jul 16, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5143947        +E-mail/Text: bkteam@selenefinance.com Jul 16 2019 19:45:59      MTGLQ Investors, L.P.,
                 C/O Selene Finance,LP,   9990 Richmond Ave.,   Suite 400 South,   Houston TX 77042-4546
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    MTGLQ Investors, L.P afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P bkgroup@kmllawgroup.com
              Kevin   Buttery    on behalf of Creditor    MTGLQ Investors, L.P kbuttery@rascrane.com
              Michael C Mazack    on behalf of Creditor    US Bank Trust NA as Trustee of the Chalet Series IV
               Trust mmazack@lynchlaw-group.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Tullio  DeLuca    on behalf of Debtor 2 Joann  Mastronardi tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Paul Douglas Mastronardi tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-04380-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul Douglas Mastronardi<br>2147 Pohopoco Dr. N<br>Kunkletown PA 18058 | Joann Mastronardi<br>2147 Pohopoco Dr. N<br>Kunkletown PA 18058 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/16/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: MTGLQ Investors, L.P., C/O Selene Finance,LP, 9990 Richmond Ave., Suite 400 South, Houston TX 77042 | US Bank Trust NA Trustee of Chalet Series IV Trust<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, California 95501<br>800-603-0836<br>US Bank Trust NA Trustee of Chalet Serie |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/18/19

Terrence S. Miller
**CLERK OF THE COURT**