```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 18-04380-RNO
Paul Douglas Mastronardi                                                 Chapter 13
Joann Mastronardi
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini                Page 1 of 2         Date Rcvd: Sep 26, 2019
                              Form ID: ordsmiss             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
db/jdb         +Paul Douglas Mastronardi,    Joann Mastronardi,    2147 Pohopoco Dr. N,
                 Kunkletown, PA 18058-7804
5119832       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     5805 Sepulveda Blvd. 4th floor,
                 Sherman Oaks, CA 91413)
5119841        +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
5119840        +EOS CCA,   P.O. Box 981008,    Boston, MA 02298-1008
5119842        +Eric Mack Ramos,    1980 Rt. 209, Box 03A,    Brodheadsville, PA 18322-7752
5119843        +Jamal Graham,    1980 Rt. 209, Box E,   Brodheadsville, PA 18322-7752
5119846        +LaVerne Richardson,    1980 Route 209 Box B,    Brodheadsville, PA 18322-7752
5119847        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5121063        +MTGLQ Investors, L.P.,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
5119849        +New York State Higher Education,    99 Washington Ave., Dept. 736,    Albany, NY 12255-1100
5119850        +Norman & Brenda Sisco,    7645 Woodworth Road,    Greenough, MT 59868-9606
5119855         PPL Electric Utilities,    827 Hausman Rd.,    Allentown, PA 18104-9392
5119851        +Palmerton Hospital,    135 Lafayette Ave.,    Palmerton, PA 18071-1596
5119856        +Roberti & Roberti, LLC,    56 Broadway,   P.O. Box 29,    Jim Thorpe, PA 18229-0029
5119857        +Safeco Insurance,    100 Liberty Way,   Dover, NH 03820-4597
5129664        +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,
                 Malvern  PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bknotices@snsc.com Sep 26 2019 19:26:16
                 US Bank Trust NA as Trustee of the Chalet Series I,    U.S. Bank Trust, N.A. as Trustee,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
5119834        +EDI: CAPITALONE.COM Sep 26 2019 23:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
5139507         EDI: BL-BECKET.COM Sep 26 2019 23:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
5119835         EDI: WFNNB.COM Sep 26 2019 23:28:00      Comenity Bank,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
5119836         EDI: WFNNB.COM Sep 26 2019 23:28:00      Comenity Bank/Boscov's,    Bankruptcy Department,
                 P.O. Box 183043,    Columbus, OH 43218-3043
5119837         EDI: WFNNB.COM Sep 26 2019 23:28:00      Comenity Bank/Peebles,    Bankruptcy Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
5119838         EDI: DISCOVER.COM Sep 26 2019 23:28:00      Discover Bank,    P.O. Box 3025,
                 New Albany, OH 43054-3025
5121888         EDI: DISCOVER.COM Sep 26 2019 23:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
5119845         E-mail/Text: bncnotices@becket-lee.com Sep 26 2019 19:25:47      Kohl's,    P.O. Box 3004,
                 Milwaukee, WI 53201-3004
5143947        +E-mail/Text: bkteam@selenefinance.com Sep 26 2019 19:25:48      MTGLQ Investors, L.P.,
                 C/O Selene Finance,LP,    9990 Richmond Ave.,    Suite 400 South,    Houston TX 77042-4546
5119848        +E-mail/Text: MKnitter@monroecountypa.gov Sep 26 2019 19:26:03
                 Monroe County Tax Claim Bureau,    Administration Office,,    1 Quaker Plaza, Rm 104,
                 Stroudsburg,, PA 18360-2141
5119854         EDI: PRA.COM Sep 26 2019 23:28:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
5143770         EDI: PRA.COM Sep 26 2019 23:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5142310         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2019 19:25:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
5140804         EDI: Q3G.COM Sep 26 2019 23:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
5140805         EDI: Q3G.COM Sep 26 2019 23:28:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
5119858        +E-mail/Text: bkteam@selenefinance.com Sep 26 2019 19:25:48      Selene Finance,
                 9990 Richmond, Ste. 400,    Houston, TX 77042-4546
5119859         EDI: TFSR.COM Sep 26 2019 23:28:00      Toyota Financial Services,    Attn: Bankruptcy Dept.,
                 P.O. Box 8026,    Cedar Rapids, IA 52408
5223753        +E-mail/Text: bknotices@snsc.com Sep 26 2019 19:26:16
                 US Bank Trust NA Trustee of Chalet Series IV Trust,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka, California 95501,    800-603-0836,
                 US Bank Trust NA Trustee of Chalet Serie 95501-0305
5223752        +E-mail/Text: bknotices@snsc.com Sep 26 2019 19:26:16
                 US Bank Trust NA Trustee of Chalet Series IV Trust,    c/o SN Servicing Corporation,
                 323 5th Street,    Eureka, California 95501,    8 95501-0305
5119860        +EDI: VERIZONCOMB.COM Sep 26 2019 23:28:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,   Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +MTGLQ Investors, L.P,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
               Duluth, GA 30097-8461
5119833*      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   P.O. Box 55848,   Sherman Oaks, CA 91413)
5119844*      +Joann Mastronardi,   2147 Pohopoco Dr. N,   Kunkletown, PA 18058-7804
5119852*      +Paul Douglas Mastronardi,   2147 Pohopoco Dr. N,   Kunkletown, PA 18058-7804
5119839       ##+Eastern Revenue, Inc.,   998 Old Eagle School Rd., Ste. 1204,   Wayne, PA 19087-1805
5119853       ##Penn Credit Corp.,   916 South 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
                                                                            TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
         Ashlee Crane Fogle    on behalf of Creditor    MTGLQ Investors, L.P afogle@rascrane.com
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, L.P bkgroup@kmllawgroup.com
         Kevin  Buttery    on behalf of Creditor    MTGLQ Investors, L.P kbuttery@rascrane.com
         Michael C Mazack    on behalf of Creditor    US Bank Trust NA as Trustee of the Chalet Series IV
          Trust mmazack@lynchlaw-group.com
         Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
         Tullio  DeLuca    on behalf of Debtor 2 Joann  Mastronardi tullio.deluca@verizon.net
         Tullio  DeLuca    on behalf of Debtor 1 Paul Douglas Mastronardi tullio.deluca@verizon.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                             TOTAL: 9
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Paul Douglas Mastronardi,<br>aka Paul D. Mastronardi, aka Paul Mastronardi, dba P&J Coin & Gold Exchange,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:18–bk–04380–RNO |
| Joann Mastronardi,<br><br>**Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: September 26, 2019

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)